# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TESSA DAWN SANTIAGO,<br><br>Defendant. | CR 16-68-GF-BMM<br><br><br><br>ORDER |

Defendant Tessa Dawn Santiago, having filed a motion to appear via video for the scheduled hearing on her motion for early termination of supervised release, and there being no objection from the Government; IT IS HEREBY ORDERED the Defendant, Tessa Dawn Santiago, may appear via Zoom for the motion for early termination of supervised release. Defense counsel will contact the Clerk of Court for the Zoom information.

DATED this 29th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1